CONTINENTAL INS. CO., ET AL. V. EURAKA
STOVE WORKS.

(Decided February 6, 1913.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

JOHN T. GLOVER, for appellant. STERLING A. and CLEMENT R. WOOD, for appellee.

Per curiam. Dismissed by agreement.


EX PARTE LETCHER.

(Decided February 8, 1913.)

Original petition in the Supreme Court.

O. S. LEWIS, for petitioner. MERRITT & RILEY, and WALTON H. HILL, for respondent.

Per curiam. Mandamus denied.


EX PARTE STRANGE.

(Decided February 6, 1913.)

Certiorari to Court of Appeals.

KYLE & HUTSON, and WERT & LYNNE, for petitioner. R. C. BRICKELL, Attorney General and W. L. MARTIN, Assistant Attorney General, for respondent.

McCLELLAN, J.—Petition denied on authority of *Ex parte Woodward, infra,* 97; 61 South 295.

All the justices concur.